# Moorish Science Temple Of Ame___

### PROPHET NOBLE DREW ALI, FOUNDER 1913.

#### Moslem Mission / Subordinate / Branch / Temple One

**FILED - GR**
March 18, 2024 3:21 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: FB 3/19

## LEGAL NOTICE OF REMOVAL

### PURSUANT TO TITLE 28 § 1441- §1446
### PROPER ARTICLE III JURISDICTION

**1:24-cv-288**
Paul L. Maloney- U.S. District Judge
Ray Kent - Magistrate Judge

Plaintiff(s),

STATE OF MICHIGAN)

IONIA COUNTY COURT IN MICHIGAN STATE
PROSECUTTER KYLE BRANDON BUTLER,JUDGERONALD J SHAFER
8TH JUDICIAL CIRCUIT  IONIA-MONTCALM COUNTIES
100 WEST MAIN STREET
**Re: CASE #202318766 H**

*[handwritten: To be placed in the Record. 3-16-2024 Let the Record Reflect CASE # 202318766 H Att Court Clerk Anne Filkin Judge HALA Jarbou]*

**ORIGINAL JURISDICTION**
"MINISTERSCONSULS
DIPLOMATS"
**Article III, Section 2; Article VI
United States Republic Constitution
Treaty of Peace and Friendship
'Established Law of the Land'**

Federal Question(s):
Constitution, Treaty;
Religious Liberty;
Due Process;
Substantive Rights of Travel, etc.,
**Supreme Court Rulings**

v.

Malik Bey . , A Natural Person, In Propria Persona, Sui Juris (not to be confused with nor substituted with Pro Se); and not a Statutory Person.

**Petitioner / Alleged Accused,**

(Hereinafter Petitioner)

Official Notice is hereby served on the     COUNTY OF IONIA  Michigan            all Judicial Sub-Divisions; Officials; Agents; and above named Plaintiff-all cases and Jurisdiction / Venue moved to⁹ U.S. Western District Court. All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.

1 of 22
Notice of Removal

## I.

## JURISDICTION

Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths.

"The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction.  In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

COMES NOW, NOBLEMAN Nizza P. EL, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America.  Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present  North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (**http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the  Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
#### Between Morocco and the United States
#### Article 20

"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

#### Article 21

"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## II

## PARTIES

Plaintiffs

1.      IONIA COUNTY COURT IN MICHIGAN STATE         private corporation; foreign to the United States Republic; and all .                     Employees; Agents; Officers; Contractors; Assignees, etc., being Plaintiffs, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them, or any one of them, against

2.    KYLE MACKLIN           officer of the `            IONIA COUNTY              , private corporation, foreign to the United States Republic; and foreign to the organic            Republic.

**3.**    Court Administer for the    IONIA COUNTY COURT IN MICHIGAN STATE    private corporation foreign to the United States Republic; and foreign to the organic    Republic.

**4.**    corporation established in the year i *Eighteen Thirty Seven* (1837), foreign to the organic    and foreign to the United States Republic of North America.

Petitioner

In Propria Persona, Sui Juris (not to be confused with Pro se) Aboriginal, Indigenous Moorish American National.

I, *Malik Bey* In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Ticket – Suit / Bill of Exchange / Action, Number    **Re:** CASE #202318766 H    Petitioner is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Petitioner / Plaintiff.

III

**CAUSE OF ACTION**

Case No.:  23284FY

### AFFIDAVIT OF TRUTH

1. I was traveling on I-96 westbound near Ionia, Michigan on Sunday March 26, 2023 at approximately 5:00 pm. My family, Sarah and our five year old son, were guests in Sarah's automobile. I noticed there was near us a blue Dodge Challenger with a male caucasian driver, blond hair at least 6'0 with no other occupants; a Silver Toyota Corolla with a female caucasian driver with glasses, brunette hair, approximately 5' 9; and a Charcoal gray Chevy Traverse with two occupants, a caucasian female and a teenage male passenger.

2. I merged into the left lane in-between the blue Dodge Challenger and Chevy Traverse. There was a Silver Toyota Corolla in front of the blue Dodge Challenger. The Silver Toyota merged from the left lane to the right lane to allow the congestion to pass. Once the silver Toyota was in the right lane, the Blue Challenger, myself and the Chevy Traverse attempted to pass the silver Toyota. Once the blue Dodge Challenger passed the Toyota, I was boxed in when

Case No. 23284FY - Affidavit

4 of 22

the blue Dodge Challenger suddenly hit his brakes for no apparent reason

causing me to suddenly hit my brakes. The Chevy Traverse behind us almost

rear ended us. The blue Challenger merged to the right after passing the Toyota.

I accelerated and when I was on the left side of the blue Challenger, I noticed

that the driver of the blue Challenger had his head turned to the right as if

looking for something in his car. Sarah was concerned for our safety and told me

to "get out of here". So I accelerated, putting a safe distance between us and the

blue Challenger out of concern for our safety.

3. Approximately 5 to 6 minutes later, a Ford Explorer marked with a Sheriff's

badge pulled up behind us and turned on his flashing lights. Knowing I had done

nothing wrong, I moved into the right lane to allow him to pass, then he merged

behind us again. I realized he needed me to pull over. So I pulled over once I

found a safe space to do so. Once I came to a stop, Deputy Kyle Macklin

(Macklin) started yelling over the speaker, "Let me see your hands and tell the

passenger to put their hands up." My family was terrified. I wondered why he

was stopping us. Macklin exited his vehicle and approached me on the operating

side of the automobile. Macklin stated he had received a call with accusations

of a vehicle matching the description of the automobile I was in, running people

off the road and waving a firearm. He asked me if I had a firearm and I

responded, yes.

4. Macklin asked me to step out of the vehicle so he could talk to me about the

accusation of the weapon and to search the automobile. I informed Macklin that

Case No. 23284FY - Affidavit

I am disabled, however I still exited the automobile under threat, duress and

coercion. Macklin and I walked to the rear of the automobile I was in and asked

me for my identification. Macklin took my identification and went into his

vehicle and later returned asking me where the firearm was. I told him. Macklin

left and came back with a bag and set it on the hood of his vehicle, unzipped the

bag and removed the firearm in its holster. He took the firearm into his vehicle.

He returned to me and stated, "The firearm checks out; it's registered to you."

This confirmed the firearm was registered to me.

5.  Macklin returned to his vehicle with the firearm. At that time Deputy Robinson

(Robinson) and a female Deputy wearing K-9 uniforms, along with a Michigan

State Trooper arrived and approached me. Robinson unexpectedly without word

or warning grabbed my left arm. I informed him that I am disabled and asked

what he was doing. Robinson said "You're being detained." I asked why I was

being detained and asked what about my Second Amendment Right. Robinson

responded, "You have a concealed weapon." Robinson placed shackles on me in

front of the female deputy and two Michigan State Troopers while Macklin was

still seated inside his vehicle.

6.  I asked Robinson "Why" and Robinson said because I had a concealed weapon

and didn't have a license to carry permit. Macklin then exited his vehicle and

went to speak with Sarah. When he returned to where I was standing with

Robinson, the female deputy, and the two State Troopers, I asked Macklin what

about my Second Amendment Right.  Macklin said, "In the State of Michigan

Case No. 23284FY - Affidavit

you have to have a concealed weapon permit" and Robinson reiterated what
Macklin said. Then the two State Troopers left and got in their vehicles. Macklin
took my arm and walked me to the back door of his vehicle. I explained to
Macklin that I would not be able to get into the car with my arms shackled
behind my back. Macklin removed the shackles and allowed me to be shackled
with my arms in the front of me. Macklin then assisted me with getting into the
back seat of his vehicle.

7.  While Macklin was transporting me to the Ionia Jail, he said that he was going
to turn off the camera in the car so he could talk to me privately. Macklin
apologized to me for arresting me in front of my son because he had seen his
father get arrested as a child and it was very hurtful. He told me I was too good
of a guy to have this happen. He also stated that he was going to let me go but
his commander told him that he had to bring me in. He told me that he wished
that I had lied about the gun, but I told him not to worry about that because
Allah is in control. Macklin told me that the town of Ionia is racist. Macklin said
he was the first black officer since the 1800's in Ionia and that there is another
black lady who works in the jail. Macklin told me about his dad going to jail
when he was a child and he took this job with the Sheriff's department so that
he could make a difference. Yet he feels he can't make a difference if they are
always over-riding him like they did in this circumstance. I told Macklin that I
am a Moor, a Moorish-American National, not black. I shared with Macklin that

Case No. 23284FY - Affidavit

he is also a Moor and that he should look into information regarding his nationality as Moorish-American.

8.  Upon arriving at the jail, when Macklin was transferring me to the guard to check me in, Macklin told the guard that I was a good guy and to take care of me. Macklin pointed out the apparatus on my leg and shared with the guard about my health conditions (back injury and cancer). The guard patted me down. Macklin took me to the counter and took my fingerprints and swabbed the inside of my mouth under threat, duress and coercion. Macklin told the other guards that I was a good guy and that he was only booking me for a concealed weapon. I was never read Miranda Rights.

9.  The guard behind the counter asked me questions regarding my height and weight and other personal information. On the screen, I saw that he had checked "black," which is a form of denationalization. I told the guard that I was not black and that I'm a Moorish-American National. He changed it to say "Other." I was held in solitary confinement that night.

10. The next afternoon, on Monday, March 27th, I went before the magistrate David J. Wirth and the prosecutor via TV monitor. The accusations read to me were carrying concealed weapon, assault with a dangerous weapon "felonious assault", and weapons felony firearm. The magistrate stated that I was facing some serious charges. He asked if I understood. I told him that I did not understand, that I comprehend. The prosecutor reiterated that I was facing some serious charges and that I need to get a lawyer because I make too much money

Case No. 23284FY - Affidavit

for a public defender. I informed the magistrate that I am on a fixed salary. The prosecutor told the magistrate that I had just purchased a BMW. The magistrate set my bond for $10,000. I have no prior criminal record.

11. Upon my release I was signing documents that were not accurate under threat, duress and coercion. I was originally booked for one accusation and they had added two more. There were two guards, male and female, facilitating my release. The female was about 5'6 with blonde hair and the male guard was about 6' 3 with a crew cut both being Caucasian. The male guard stated I had one accusation, while the female guard stated there were three in total on the paperwork. The male guard was present when I was booked so he knew it was only one originally. At that point I took my belongings and exited out of the jail.

12. I was detained March 26, 2023, released March 27, 2023 and requested the police report 1825-23 from the Ionia County Sheriff's Department on March 31, 2023. I requested the aforementioned police report via telephone (616) 527-5737 at 2:58 pm. Cheryl answered and two minutes and twelve seconds into the call, it disconnected. I called again at 3:00 pm, I asked for Cheryl and was given the number to Central Dispatch at (616) 527-0400 to submit my request. When I called Central Dispatch, they stated I had the wrong number and had to call the Ionia County Sheriff's Department. I called (616) 527-5737 yet again at 3:01 pm, spoke to Cheryl and I was informed that the prosecutor has to change and redact any sensitive information prior to furnishing it.

Case No. 23284FY - Affidavit

the right to contract and conspiracy to commit fraud against this Petitioner and against the United States Republic.

## IV

## CONCLUSION

**1)** It is a sin for any group of people to violate the Constitutional Laws of a Free National Government.

**2)** The Delegates, which comprise the majority of Aboriginal and Indigenous Freeholders, by Birthright, Inheritance, and Primogeniture, and declared 'for the record' and known by the consanguine / Pedigree of their / our Forefathers, as Moors / Muurs; and the European Colonial Settlers of the United States of America, did, on the fifteenth day of November in the year Seventeen Seventy-seven (1777), and in the second year of the Independence of The United States of America, agreed to certain *Articles of Confederation* and perpetual Union between the States of New Hampshire, Massachusetts Bay, Rhode Island, and Providence Plantations, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia; wherein they did declare that the style of the Confederacy shall be the United States of America.

**3)** All parties to the *Articles of Confederation* of 1778 did also agree that *Article IX* shall set forth the procedure for resolving a dispute brought before the Congress of the United States by a freely associated compact State of the United States of America.

**4)** All parties to the *Articles of Confederation* of 1778 did also agree that no Congress shall thereafter alter *Article IX* of the *Articles of Confederation* unless it has received confirmation to do so by every State in the Union (*Article XIII* of the *Articles of Confederation*).

**5)** The United States, pursuant to an "*Act*" of the States sitting in Congress under the *Articles of Confederation* of Seventeen Hundred and Seventy-Eight (1778) A.D., authorized a Constitutional Convention for the purpose of forming a more perfect Union, to establish justice, to insure domestic tranquility, to provide for the common defense, to promote general welfare, and to secure the blessings of liberty, did ordain and established a Constitution for the United States. The Constitution for the United States was declared to be a "*revision*" to the *Articles of Confederation* of 1778 (*REPORT OF PROCEEDINGS IN CONGRESS*, Wed., Feb.21, 1787 [*Journals of the Continental Congress, vol. 38*]).

**6)** The Constitution for the United States was established by the People of the United States of America, and not by the States in their sovereign capacity (*In reg Opinion of the Justices*, *107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*) and was ratified by the People sitting in Convention of the Original 13 States of the United States of America (*United States Constitution, VII: 1:1*).

**7)** The Constitution for the United States is a Compact which constitutes a binding trilateral Contract between the People, the freely associated compact States of the United States of America, and the United States [e.g. *Article 10* of the *Bill of Rights* to the *Constitution of the United States*] (*In reg Opinion of the Justices*, *107 A. 673, 674, 118 Me. 544, 5 A.L.R. 1412*).

**8)** By the wording of *Article VI* of the *Constitution for the United States*; the Congress is required to review its legislation from time to time to determine if the legislation was made pursuant to the provisions of that Constitution.

**9)** The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (*Article 9* of the *Bill of Rights* to the *Constitution for the United States*).

**10)** The parties to the Compact also agreed that the Powers not delegated to the United States under the U.S. Constitution are reserved to the States or to the People (*Article 10* of the *Bill of Rights* to the *Constitution for the United States*).

**11)** On February 24, 1855; the Congress of the United States created the United States Court of Claims. The Court of Claims was authorized to execute the mandates of *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States* (*10 Stat. 612, sec. 1, sec. 7*)

**12)**     The Congress of the United States also enacted the "*Bowman Act*" of March 3, 1883 (*22 Stat. 485*) and the "*Tucker Act*" of March 3, 1887 (*24 Stat. 505*) to clarify the jurisdiction of the Court of Claims. Under these Acts, either House of Congress may submit any claim or matter to the United States Court of Claims for investigation and determination of facts. The Court was to report its findings back to Congress for Congressional determination.

**13)**     Notwithstanding the limitations imposed upon the United States Claims Court by *P.L. 97-164* and its subsequent United States Court of Federal Claims by *P.L. 102-572*; the Congress of the United States is barred by *Article IX* and *Article XIII* of the *Articles of Confederation* and by *Article I* of the *Bill of Rights* to the *Constitution for the United States* to limit its investigations to moneyed claims.

**14)**     The continual refusal of the United States Congress to resolve the Petitions of Grievances that were submitted to it, by the several States of the Union, violates the "*Good Faith*" agreement that all grievances submitted would be expeditiously resolved as mandated by the *Articles of Confederation* of 1778.

**15)**     Between the years of 1866 and 1868 (and other years); several states within the United States known as "States" submitted Petitions to the Congress of the United States for Redress of Grievances. These Petitions have passed from Congress to Congress for over one hundred years, with the Congress refusing to take any action to resolve the disputes as required by *Article IX* of the *Articles of Confederation* of 1778 and *Article I* of the *Bill of Rights* to the *Constitution for the United States*. These Petitions challenged the procedure by which the Congress used to amend the Constitution for the United States. The Amendments in question are the unlawfully - ratified 13th, 14th and 15th Amendments (hereinafter referred to as the "Three Dead Badges of Law").

**16)**     "No change in ancient procedure can be made which disrupts those fundamental principles, which protect the citizen in his private right and guard him against the arbitrary action of the government." Ex Parte Young, 209 US 123.

**17)**     The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2.

**18)**     Black's Law Dictionary 4th Ed. Defines "Law of the land", - When first used in Magna Charta, the phrase probably meant the established law of the kingdom, in opposition to the civil or Roman law. It is now generally regarded as meaning general public laws binding on all members of the community. Janes v. Reynolds, 2 Tex 251; Beasley v. Cunningham, 171 Tenn. 334. 103 S.W.2d 18, 20110 A.L.R. 306. It means due process of law warranted by the constitution, by the common law adopted by the constitution, or by statutes passed in pursuance of the constitution Mayo v. Wilson, 1 N.H. 53.

**19)**     Clause 3, clarifies the scope of this requirement when it states that "…All judicial officers, both of the United States and of the several states shall be bound to support this Constitution…"

**20)**     The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.

**21)**     The unconstitutional charges being applied to this Petitioner are not in pursuance of the Constitution for the United States of America, wherein it does guarantee, and this Petitioner does declare the equal protection of the right to "life liberty and the pursuit of happiness" in the 1st Amendment, which includes the right to travel as evidenced in positive law and stare decisis, to wit; Chicago Motor Coach v. Chicago 169 NE 221 " the use of the highways for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived"; Teche Lines v. Danforth, Miss. 12 So 2nd 784,  787 "the right to travel on the public highways is a constitutional right", Slusher v. Safety Coach Transit Co., 229 KY 731, 17 SW 2D 1012, affirmed in Thompson v. Smith 154 S.E. 579 – "The right to travel upon the public highways and transport my property thereon, by automobile is not a mere privilege, which may be permitted or prohibited at will, but a common right which one has to life, liberty and the pursuit of happiness"  and the State's application of 625 ILCS 5/et seq is "notwithstanding", Article VI cl.2 Ibid.

**22)**     The Petitioner claims full and equal protection of the Law in Marbury v. Madison 5 US 137 – "The Constitution of these United States is the Supreme Law of the Land. Any law, that is repugnant to the Constitution, is null and void of law."

23)     The unconstitutional charges being applied to the Petitioner are repugnant to the Constitution because they deny a right established and guaranteed in the 1[st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th] Amendments, and in United States Supreme Court '**Stare Decisis**' so noted above, where this court has no authority to adjudicate contrary.

24)     The unconstitutional charges under which the Petitioner is being forced to answer are non-constitutional on their face and unconstitutional when applied to the Petitioner because they do not have an enacting clause or single subject title, thereby denying due process of law.

25)     Due Process of law is not necessarily satisfied by any process which the Legislature may prescribe. See: Abrams v. Jones 35 Idaho 532, 207 P. 724.

26)     "Due Process of Law in each particular case means such an exercise of the powers of the government as the settled maxims of law permit and sanction; and under such safeguards for the protection of individual rights as those maxims prescribe for the class of cases to which the one in question belongs." Cooley, Const. Lim. 441.

27)     Due Process as defined in H. C. Black's Law Dictionary, 4th Edition. " Whatever difficulty may be experienced in giving to those terms a definition which will embrace every permissible exertion of power affecting private rights, and exclude such as is forbidden, there can be no doubt of their meaning when applied to judicial proceedings.  They then mean a course of legal proceedings according to those rules and principles, which have been established in our systems of jurisprudence for the enforcement and protection of private rights."

28)     "To give such proceedings any validity, there must be a tribunal competent by its constitution— that is by the law of its creation—to pass upon the subject-matter of the suit; and if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction obey service of process within the state or his voluntary appearance. Pennoyer v. Neff, 95 U.S. 733, 24 L.Ed. 565."

29)     "Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."

30)     "If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599.

31)     These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the law.  They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized.  Brown v. Levee Com'rs 50 Miss. 468."

32)     All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2d 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

33)     In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

34)     The Petitioner assert, Midland Coal Co. v. Knox County, 268 Ill.App.3d 485, 644 N.E.2d 796 (4th Dist. 1994) ("Special statutory jurisdiction is limited to the language of the act conferring it, and the court has no powers from any other source"…)

35)     The "language of the act" the complainants confer upon "has no powers from any other source" Midland Coal Co. v. Knox County, Ibid, no evidence on it's face of valid law, as it lacks the mandatory enacting clause,

36)     That the purpose of thus prescribing an enacting clause — "the style of the acts" — is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. *State v. Patterson*, 4 S.E. 350,

352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes," § 65, p. 104; *Joiner v. State*, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

**37)**   "That the almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to 'identify' it as an act of legislation by expressing on its face the authority behind the act." 73 Am. Jur.2d, "Statutes," § 93, p. 319, 320; *Preckel v. Byrne*, 243 N.W. 823, 826, 62 N.D. 356 (1932).

**38)**   That for an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the People can readily identify the authority for that particular law.

**39)**   That "It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law." *People v. Dettenthaler*, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing *Swann v. Buck*, 40 Miss. 270.

**40)**   This Plaintiff (a court of limited jurisdiction), lacks the power to act and have proceeded beyond the strictures of the statutes, and that the statutes being applied are created from revised statutes and codes of a foreign and unidentified source, as they fail to show from what authority in law they exist, where they fail to show on their face, the mandatory enacting clause.

**41)**   Said revised statutes and codes fail to show a necessary and mandatory enacting clause on their face, giving them lawful force and effect. Said revised statutes and codes are private codes and statutes and are not law, do not compel this Petitioner to perform and do not apply to him, and fail to show "authority for the court to make any order." Levy. Industrial Common Ibid, Midland Coal Co. v. Knox County, Ibid**.**

**42)**   The Petitioner, demand all rights under the common law based upon the status as a matter of due process of law and to determine what legal rights the Petitioner has in this court and what rights will be denied, if any, to determine what jurisdiction the Plaintiff is attempting to apply to this Natural Born Citizen.

**43)**   The Petitioner is not subject to the jurisdiction of this Plaintiff.

**44)**   This Petitioner has no contract with MISSOURI JUDICIAL OR CIRCUIT COURTS, or with the State of MISSOURI; or with any other segment of the United States of America that can grant jurisdiction over human rights; or over political, economic, social and cultural rights of Indigenous Peoples.

**45)**   The Petitioner is Aboriginal / Indigenous within the meaning of the description of the Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

**46)**   "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans…"

**47)**   Indigenous People are separate and distinct; alien to this administration; and have a separate and distinct status from the administrators of the colonial occupiers of the land; as recognized in the Declaration on Principles of International Law of Friendly Relations and Cooperation Among States; wherein it does say under the Principles of Equal Rights and self determination of Peoples (B5): "The territory of a colony or other Non-Self Governing Territory has, under the Charter, a status separate and distinct from the territory of the State administering it…"

**48)**   Colonial legislatures were divested of their legislative powers, and required to transfer jurisdiction and all powers over the cultural rights of indigenous and minority peoples to those peoples and prohibited from making any law that effects the rights of indigenous people to fully and effectively enjoy their right to self-determination in Article 5 of the Declaration on the Granting of Independence to Colonial Countries and Peoples, Adopted by General Assembly resolution 1514 (XV) of 14 December 1960. See Article 5 to wit: "Immediate steps shall be taken, in Trust and Non-Self Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire…"

**49)**     Colonial courts were divested of, and required to, transfer the judicative power and all power to the people of this territory, ibid.

**50)**     See 'The American Declaration of the Rights and Duties of Man' (Adopted by the Ninth International Conference of American States Bogota, Colombia, 1948 at Article 5, Article 17, Article 26)

**51)**     The United States of America is required to obey the requirements of the Declaration on the Principles of International Law and to obey the principles of international law enumerated therein.

**52)**     The Vienna Convention on the Law of Treaties requires that the United States of America fulfill its obligations incurred thereunder.

**53)**     The United States of America is a member of the United Nations, and is bound by the Charter of the United Nations to promote and protect the Rights of Indigenous Peoples.

**54)**     The Declaration of the Granting of Independence to Colonial Countries and People UN GA #1514 specifically required the United States of America to transfer *all power* to the peoples of this land, and this specifically includes all legislative, executive and judicial powers.

**55)**     The State of Connecticut through its commercial agencies, on the Drivers License, and other misrepresented Instruments, has committed 'fraud' to accomplish what is called in legal contemplation, "Capitis Diminutio Maxima", which is that my natural name has been murdered and I was resurrected as a non-natural, created entity subject to regulation and denied the protections of national and international law. This constitutes Fraud and denies due process of the law and the Freedom from the Practices and Policies of Apartheid described in the International Convention on the Suppression and Punishment of the Crime of *Apartheid* Adopted and opened for signature, ratification by General Assembly resolution 3068 (XXVIII) of 30 November 1973 at Articles1, 2 and 3, and the right not to be compelled to perform under any contract or agreement not entered into voluntarily, intentionally and knowingly.

**56)**     **Executive Order Number: 13107**, 63, Federal Register, 68,991 (1998)- Implementation of Human Rights Treaties, which states "It shall be the policy and practice of the Government of the United States, being committed to the protection and promotion of human rights and fundamental freedoms, fully to respect and implement its obligations under the international human rights treaties to which it is a party including the ICCPR, the CAT and the CERD.". HARTFORD MUNICIPAL COURT, by way of its Officers, violated 'Due Process' and, conspired to deprive rights of the Petitioner; and did neglect to prevent deprivation of rights at Title 18, U.S.C. 241 and Title 18, U.S.C. 242.

**57)**     Maine v. Thiboutot 448 US 1, 100 SCT 2502 – Officers of the court have no immunity, when violating a constitutional right from liability. For they are deemed to know the law.

**58)**     Note that the presiding judge, and any judge acting as organ of the court, is aware that 42 USC 1986 requires the person(s) adjudicating legal processes, to correct wrongs, and that their failure to correct the wrongs that were addressed constitutes Fraud under Rule 9(b) of the FRCP, cross referenced to 28 USC 1746, and that this Fraud constitutes a Perjury on the Oath of Office at 18 USC 1621, deprives us of rights, at 18 USC 241, and 242, Conspires to deprives rights at 42 USC 1985; is an extortion of rights at 18 USC 872, and is actionable under 42 USC 1983.

**59)**     **Judicial officers have no immunity when they have no jurisdiction over subject matter.**

**60)**     This court shall take mandatory Judicial Notice of the adjudged decision of the Supreme Court of the United States of Bradley v Fisher 80 U.S. 335 (1871)**,** 351,352 that officers of the court have no immunity when they have no jurisdiction over the subject-matter. And further in Bradley v Fisher on page         352         and         352         is         as         follows: "Where there is clearly no jurisdiction over the subject matter any authority exercised is a usurped authority, and for the exercise of such authority, when the want of jurisdiction is known to the judge, no excuse is permissible." This evidence of Bradley v Fisher 80 U.S. 335 (1871).

**61)**     Either subject-matter jurisdiction exists, or it doesn't. Subject-matter jurisdiction has been denied, it must be proved by the party claiming that the court has subject-matter jurisdiction as to all of the requisite elements of subject-matter jurisdiction

**62)**     "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."

– Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am. Jur. (1st) Highways Sect. 163.

**63)**    "The right of a citizen (or others similarly situated) to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness." – Slusher v. Safety Coac Transit Co. 229 Ky 731, 17 SW2d 1012, affirmed by the Supreme Court in Thompson v. Smith 154 S.E. 579. (emphasis added)

**64)**    "The right to Travel; The right to Mode of Conveyance; The Right to Locomotion are all absolute Rights, and the Police cannot make void the exercise of rights. State v. Armstead, 60 s. 778, 779, and 781"

**65)**    "The right to Park or Travel is part of the Liberty of which the Natural Person and citizen cannot be deprived without "due process of Law" under the fifth Amendment of the United States Constitution. Kent v. Dulles 357 US 116, 125:"

**66)**    "State Police Power extend only to immediate threats to  public safety, health, welfare, etc., Michigan v. Duke 266 US, 476 LED. At 449:"

**67)**    "Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horse and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, and traveling without license plates, or registration are not threat to the public safety, and thus, are not arrestable offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt/ 89, 20 CA 3rd 1032 (1971)"

**68)**    "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Maranda v. Arizona 384 US 4336, 125:"

**69)**    "The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489:"

**70)**    "For crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right. Serer v. Cullen 481 F. 945:"

**71)**    "If any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. Louisville v. Motley 2111 US 149, 29S. CT. 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt."

**72)**    "In light of my status the complaint against me must be brought before an Article III court as per the rules governing the Treaty of Peace and Friendship of 1787."

Therefore in accord with the official oath of the officers of this court et al that all fraudulently presented improperly serviced instruments as per bill of exchange / suits / ticket / complaint # R0116732-0 be dismissed, discredited and expunged from the record, etc.

**73)**    "Lack of Federal Jurisdiction can not be waived or overcome by agreement of parties". Griffin v. Matthews, 310 F supra 341, 342 (1969): "

**74)**    "Want of Jurisdiction may not be cured by consent of parties"> Industrial Addition Association v. C.I.R., 323 US 310, 313."

**75)**    "In Supreme Court case Murdock v. Penn. 319 US 105
*"No state shall convert a liberty into a privilege, license it, and attach a fee to it".*

**76)**    See also; Shuttlesworth v. Birmingham 373 US 26
*"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."*

**77)**    "Petitioner asserts *"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them"* Miranda v. Arizona 384 U.S. 436, 491.

**78)**     "An unconstitutional statute has been held to confer no authority on, and to afford no protection to, an officer acting thereunder." Also, "Officers cannot be punished for refusing to obey unconstitutional statute." (CJS 16, sec. 101, p. 479) "Such laws are in legal contemplation, as inoperative as though ' they had never been passed or as if the enactment had never been written, and are regarded as invalid or void from the date of enactment, and not only from the date on which it is judicially declared unconstitutional. Such a law generally binds no one, confers no rights, affords No Protections, and imposes no duties, and compliance therewith is unnecessary." (CJS 16, p. 469).

**79)**     "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." – 16 Am Juris 2nd, Sec 177 late 2d, Sec 256.

**82)**     "The State cannot diminish rights of the People." – Hurtado v. California, 110 U.S. 516

**82)**     "The state is a people and not the created form of government." – Texas v. White, 7 Wallace, 700-74.

**82)**     "The individual may stand upon constitutional rights. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business or to open his door to an investigation, so far as it may tend to incriminate him. He owes no such duty or the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, long antecedent to the organization of the state… He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 (1905).

**83)**     "The makers of the Constitution conferred, as against the government, the Right to be let alone; the most comprehensive of rights, and the right most valued by civilized men." – United States Supreme Court Justice Brandeis in Olmstead v. Unites States (1928).

**84)**     Based on customary international laws, the 5th Amendment of the Constitution for the United States of America, which guarantees due process of the law and Article IV of same Constitution Section 1; Full Faith and Credit shall be given in each State to the public Acts, Records and judicial proceedings of every other state…

**85)**     No person shall be denied the enjoyment of any civil or military right, nor be discriminated against in the exercise of any civil or military right, nor be segregated in the militia or in the public schools, because of religious principles, race, color, ancestry or national origin…

V

<u>RELIEF</u>

**1.     The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)**     I, *MALik Bey* demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**2)**     I, *Malik Bey* demand this United States Supreme Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

**3)**     I, *MALik Bey* demand if any criminal charges be found, let them be placed upon the Plaintiffs.

**4)**     I, *Malik Bey* demand this United States Supreme Court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)**     I, *Malik Bey* do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United

States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

**6)**          All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Number
                        and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**7)**          All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**8)**          Any Plaintiff, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office.

**9)**          Plaintiff STATE OF Michigan   is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**10)**          Plaintiff :     KYLE BRANDON        JUDICIAL COURT DIVISION
                        is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

          COMMISSIONER\JUDGE  RONALD J SHAFER

          Plaintiff Policeman, DEPUTY KYLE MACKLIN        is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity.

**MOORS!**     **A FEE SCHEDULE OF $1,500.00 PER MINUTE FOR DETAINMENT OF**

Notice Unlawful Imprisonment    1440 min. = 24 hrs
                                =$2,160,000.00

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

I Am: _MALIK  Bey_____

Authorized Representative Natural Person, In Propria Persona: All Rights Reserved; U.C.C. 1-207 / 308; U.C.C. 1-103

# Moorish Science Temple Of America

## PROPHET NOBLE DREW ALI, FOUNDER 1913.

### Moslem Mission / Subordinate / Branch / Temple One

## Denial of Rights Under Color of Law
## Violation of Liberties

**Violation Warning--18 U.S.C. 241; 18 U.S.C. 242; 18 U.S.C. 245**

| Corpus Delecti and Mailing Location: | Name of Public Servant Recipient and Address: |
|---|---|
| Ionia Michigan | Kyle Brandon Butler |
| 8th Judicial Circuit | Judge Ronald J Shafer |
| Violation of 4 Amendment | Kyle Macklin Deputy |
| 2nd Amendment | |

**Statement Of Fact** (May have attachment) :

See Statement Of Truth

I certify that the foregoing information stated here is true and correct to the best of my ability and entered in honour. _Autograph:_ Malik Bey   _Date:_ 2-28-2024

## Lawful / Legal Notice and Warning

**Federal Law provides** that it is a crime to violate the Rights of the people under the Color-Of-Law. You can be held personally liable for violating the Personal Liberties of the People, and for committing 'Fraud'.

**Attempting to cause a person** to do something by telling that person that such action is required by law, when it is <u>not required by law</u>, is not only Fraud, it is a felony and is Treason.  Law being the American Constitution, pursuant to Article VI, as well the USC Codes, which are in harmony with the American Constitution of 1791:

### Title 18, Part 1, Chapter 13 §241, §242,and §245 of United  States Codes of Law:

**18 USC §241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or.

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggrivated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**18 USC §242:** Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

**18 USC §245:** provides that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying (the estate, identified as) any benefit, service, privilege, program, facility or activity, provided or administered by (a person / agent / Officer / Public Servant,  operating through an agency, corporation, or association of) the United States; [or] applying for or enjoying employment or any prerequisite thereof, by any agency of the united states;  shall be fined under this title, or imprisoned not more than one year, or both.

**WARNING:** You are in violation of Federal Law.   Persisting with violating my Liberties with unconstitutional demands will lead to your personal liability, as well as the company, agency and/ or association, you are operating through.

**You are advised** to cease and desist your untoward actions and demands, which are in violation of the People's Personal Liberties.  You are also advised to seek personal lawful counsel if you do not understand the law, so that you may **govern yourself accordingly.**

### Notice of Service:

I, _____ , certify that I personally delivered this Notice to above named Recipient and address on _____ at _____ p.m./a.m.

I, _____ , certify this Notice has been delivered to the above named recipient via Certified mail Delivery #: _____ on _____ .

**SEND TO:** M. Garland United States Attorney General, United States Justice Department
950 Pennsylvania Avenue NW, Washington, D.C. 20530  ● **email:** askdoj@udoj.gov ● **Fax:** 202 307-6777

18 of 22

# CHARTER



## ALLAH

# Moorish Science Temple of America

**TO ALL WHOM IT MAY CONCERN:**

THE WORLD HOME OFFICE

By virtue of the authority vested in The Most Holy Prophet, Noble Drew Ali, and

By virtue of a Charter granted by the State of the MOORISH SCIENCE TEMPLE OF AMERICA by The Most Holy Prophet Noble Drew Ali unto The Moorish Science Temple of America

Doth hereby grant this Charter Warrant & Dispensation to this branch of the MOORISH SCIENCE TEMPLE OF AMERICA, located in the

County of ___Cook___ State of ___Illinois___ to be hailed,

styled, and known by the Temple No. __1__

HEAR YE!

The said subordinate Temple is authorized and empowered to initiate into and confer degrees of said Temple upon any person or persons duly proposed, qualified and approved in accordance with the established forms usages of the laws and edicts of the MOORISH SCIENCE TEMPLE OF AMERICA, and to administer to all true members all the privileges and benefits arising therefrom; and to enact by-laws for the government of this Temple provided always that the said Temple Number and the members thereof do act according to the order and in conjunction with and obedience to the World Home Temple Authority and to support all of the articles and charges delivered with this charter and the commands and edicts of the illustrious Noble Drew Ali, the Prophet, in default thereof this charter may be suspended or revoked a the decision of the World Home Temple.

And Further this Temple shall promote  and practice the teaching of faith of all the true divine prophets ; Jesus, Mohammed, Buddha, Confucius, etc. and especially learning the works of the Great Prophet Noble Drew Ali in North America.

In witness whereof we have displayed the authority of our Temple in the subscribed our titles and affixed the seals of the Moorish Science Temple of America and the Moorish Consulate Post.

**ALI**















(Seal)
(Seal)
(Seal)

19 · of 22



**ISLAM**



**UNITY**



**ALLAH**

## MOORISH DIVINE NATIONAL MOVEMENT OF NORTH AMERICA







## COVER SHEET FOR U.S.PRESIDENT LINCOLN 1863

## OATH OF AMNESTY PROCLAMATION

## DECEMBER 08, 1863

U.S. PRESIDENT ABRAHAM LINCOLN GAVE THE MOORISH NATION DECESEDED OF MOROCCANS BORN IN AMERICA.

AMNESTY FROM ITS DEBTS THAT HELD THEM TO SLAVERY. I BEING YOUR FELLOW MAN ONE WHO IS THE SON OF A WIDOW. I,  ASK OUR LORD IS THERE HELP FOR THE WIDOW SON?





**ISLAM**



**UNITY**



**ALLAH**

# MOORISH DIVINE NATIONAL MOVEMENT

## U.S. Department of Justice file: BM:$ HR: 1WD: 144-35-0

## U.S. President Abraham Lincoln, 1863

### AMNESTY OATH

I, Noble *Malik Bey* do solemnly affirm, in presence of Almighty God, that I will henceforth faithfully support, protect and defend the Constitution of the United States, and the Union of the States there under, and that I will, in like manner, abide by and faithfully support all acts of Congress passed during the existing rebellion with reference to slaves, so long so far as not repealed, modified or held void by Congress, or by decision of the Supreme Court; and that I will, in like manner, abide by and faithfully support all proclamations of the President made during the existing rebellion having reference to slaves, so long so far as not modified or declared void by decision of the Supreme Court so help me God.

*Malik Bey*

Subscribed and Sworn before me *Evette Dorthea Vine*
on *28th* 2021 *December*

*Evette Dorthea Vine*
**Notary public**
*My Commission Expires: Jan 17, 2022*

Evette Dorthea Vine
NOTARY
PUBLIC
STATE OF ILLINOIS





**ISLAM**



**UNITY**



**ALLAH**

# MOORISH DIVINE NATIONAL MOVEMENT





## ALLIANCE

The Union States Society created the Free national government of the United States of America in the Northwest Amexem this formed a Perpetual Union and a Free national Constitution of 1774,  Articles of Confederation the Supreme law of the land. The Moroccans ( Moorish Americans) and the Europeans form a Alliance which led to a Peace and Friendship Treaty, MOROCCO and the UNITED STATES OF AMERICA, 1789.

Moorish Americans are Part and Parcel of the said Government by being so this makes them Free National Beings with Titles of Nobility, El or Bey.

In the time of slavery, 1774 the Moors nationality was taken away from them. U.S. President Abraham Lincoln in 1863 freed the Moors by enacted the Emancipation Proclamation and brought them back to the Constitutional fold of Government thru the Proclamation of Amnesty and Reconstruction.

I, ABRAHAM LINCOLN, President of the United States, do proclaim, declare, and make known to all persons who have, directly or by implication, participated in the existing rebellion, except as hereinafter excepted, that a full pardon is hereby granted to them, with restoration of all rights of property, except as to slaves, and in property cases where rights of third parties shall have intervened, and upon the condition that every such person shall take and subscribe an oath, and thenceforward keep and maintain said oath inviolate; and which oath shall be of the tenor and effect following, to wit:

# PRIORITY®
# MAIL

PRIORITY MAIL
POSTAGE REQUIRED



**PRIORITY**
★ MAIL ★

**UNITED STATES**
**POSTAL SERVICE**®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Moorish Science
Temple of America
4601 S. Cottage Grove (53288)
Chicago ILL. 60653
All Rights Reserved



TO: 399 Federal Blds 110 Michigan
Ste N.W. Grand Rapids Mi
U.S. Western District
Court of Michigan
Att. Court Clerk
Anne Filkins
49503
CASE # 2023 18766

Notice of Removal / Writ of Habeous
new full fee schedule

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14 © U.S. Postal Service; March 2020; All rights reserved.

**DuPont™ Tyvek®**
Protect What's Inside.™

# VISIT US AT USPS.COM®
## ORDER FREE SUPPLIES ONLINE



**UNITED STATES**



**PRESS FIRMLY TO SEAL**

■ Expected delivery
■ Most domestic sh
■ USPS Tracking® i
■ Limited internatio
■ When used intern

*Insurance does not cov
Mail Manual at *http://pe.*
** See International Mail

**UNITED STATES**
**POSTAL SERVICE.**                    **Retail**

**P**          US POSTAGE PAID

**$9.80**          Origin: 6  201
03/15/24
162334   01-3

**PRIORITY MAIL®**

0 Lb 8.  Oz

**RD   03**

EXPECTED DELIVERY DAY:  03/18/24

**C040**

SHIP
TO:
   STE 399
110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2317

**USPS TRACKING® #**



9505 5104 5262 4075 2531 76



**MAILING
FOR DOMESTI**

To schedule free
scan the



**USPS.COM/PICKUP**

**TRACKED ■ INSURED**



EP14 September 2021