UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE ) <br> OF MICHIGAN, *et al.*, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MALIK BEY ) <br> Defendant. ) <br> ) | No. 1:24-cv-288 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 3), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 20, 2024                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge